UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION<br><br>    Defendant. | Civil Action No. 25-2091 (DLF) |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to rule 6(b), Defendant, the Federal Communications Commission ("FCC") respectfully moves the Court for an order enlarging the time to respond to the complaint by thirty days. The current deadline is August 7, 2025, but Defendant seeks until September 8, 2025. As required under Local Rule 7(m), prior to filing this motion the undersigned counsel contacted Plaintiff's counsel seeking consent for the relief sought in this motion. Plaintiff's counsel responded inquiring about the basis for the motion, and the undersigned counsel responded explaining the basis. As of this filing, Plaintiff's counsel has not stated a position on the motion. Nonetheless, good cause supports granting this extension.

This case stems from a Freedom of Information Act request that Plaintiff sent to the FCC for records regarding potential enforcement action against CBS stemming from a 60 Minutes interview with former Vice President Kamala Harris. The undersigned counsel was just assigned this case last week when he was on leave from the U.S. Attorney's Office. The undersigned counsel returned from leave two days ago on August 4. Although the undersigned counsel has had preliminary discussions with agency counsel about this case since he returned from leave, the

- 2 -

undersigned counsel has not yet had an in-depth discussion about the case including the prospect of resolving this case at the outset through a dispositive motion.

In short, granting this extension will allow the undersigned counsel to develop a plan for handling this case with his client. This is the first time Defendant has sought additional time to respond to the complaint. A thirty-day extension will not prejudice Plaintiff because it will not meaningfully delay resolution of the case.

Dated: August 6, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*