UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>    Defendant. | Civil Action No. 25-2091 (DLF) |

### THIRD JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 14, 2025, Defendant, the Federal Communications Commission ("FCC"), and Plaintiff, Reporters Committee for Freedom of the Press ("RCFP") (together with the FCC, the "Parties"), respectfully submit the following joint status report.

1.    This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA request submitted on May 27, 2025. Compl. (ECF No. 1) ¶ 7. The FOIA request and Defendant's acknowledgment of receipt appear at ECF No. 1-1 at 2–7 (the "Request"). As set forth therein, Plaintiff's Request seeks eight categories of records.

2.    Plaintiff filed its Complaint on June 30, 2025. Defendant filed its Answer on August 18, 2025, and amended its Answer on August 19, 2025.

3.    Defendant has made three productions to Plaintiff in this matter.

4.    Since the last joint status report (ECF No. 12) Defendant made its third production on January 26, 2026. That production included 690 pages, some of which contained redactions.

5. Defendant continues to process a minimum of 500 pages per month and is preparing to make its fourth production within a week of this report.

6. The Parties have continued to exchange proposals to define the scope of the Request. The Parties have agreed to some terms and continue to discuss others.

7. The Parties agreed that the Defendant would prioritize processing records located in response to subpart 2 of Plaintiff's request, in an agreed-upon order of custodians, narrowed by items appearing only in each custodian's "sent" folder.

8. The Parties intend to continue to work together with the hope that they can resolve or narrow the disputes in this case without the Court's involvement, but if they anticipate summary judgment briefing will be necessary, they will propose a briefing schedule after meeting and conferring.

9. The Parties respectfully propose filing another joint status report in sixty days, on April 13, 2026.

\* \* \*

Dated: February 10, 2026 　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　United States Attorney

*/s/ Adam A. Marshall*
Adam A. Marshall　　　　　　　　　By:　　*/s/ John J. Bardo*
D.C. Bar No. 1029423　　　　　　　　　　JOHN J. BARDO, D.C. Bar #1655534
Gabriel Rottman　　　　　　　　　　　　Assistant United States Attorney
D.C. Bar No. 992728　　　　　　　　　　 601 D Street, NW
Gunita Singh　　　　　　　　　　　　　 Washington, DC 20530
D.C. Bar. No. 1601923　　　　　　　　　 (202) 252-2539
Email: amarshall@rcfp.org
Email: grottman@rcfp.org　　　　　　　 *Attorneys for the United States of America*
Email: gsingh@rcfp.org
Reporters Committee for Freedom
　the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9308
Facsimile: 202.795.9310

*Counsel for Plaintiff*