UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS,

      Plaintiff,

    v.                                                                          Civil Action No. 25-2091 (DLF)

FEDERAL COMMUNICATIONS
COMMISSION,

      Defendant.

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Benjamin W. Owen and remove the appearance of Assistant United States Attorney John Bardo

as counsel for Defendant Federal Communications Commission in the above-captioned case.

Dated: August 10, 2026                              Respectfully submitted,


By: _____ */s/ Benjamin W. Owen* _____
          Benjamin W. Owen
          Assistant United States Attorney
          601 D Street, NW
          Washington, DC 20530
          202-252-0899

          *Attorney for the United States of America*