UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS,

     Plaintiff,

    v.

FEDERAL COMMUNICATIONS
COMMISSION,

     Defendant.

Civil Action No. 25-2091 (DLF)

## SIXTH JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated June 12, 2026, Defendant, the Federal Communications Commission ("FCC"), and Plaintiff, Reporters Committee for Freedom of the Press ("RCFP") (together with the FCC, the "Parties"), respectfully submit the following joint status report.

1. This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA request submitted on May 27, 2025. Compl. (ECF No. 1) ¶ 7. The FOIA request and Defendant's acknowledgment of receipt appear at ECF No. 1-1 at 2–7 (the "Request"). As set forth therein, Plaintiff's Request seeks eight categories of records.

2. Plaintiff filed its Complaint on June 30, 2025. Defendant filed its Answer on August 18, 2025, and amended its Answer on August 19, 2025.

3. Defendant has made nine productions to Plaintiff in this matter.

4. Defendant's prior productions were issued on or around September 30, 2025, December 10, 2025, January 26, 2026, February 22, 2026, March 31, 2026, April 30, 2026, and May 28, 2026.  *See* 2nd–5th Joint Status Reps., ECF Nos. 12–15.

5.	Defendant made its eighth production on June 30, 2026. Defendant processed 556 pages for this production, producing 374 pages of records, some of which contained redactions, and withholding 182 pages in full.

6.	Defendant made its ninth production on July 31, 2026. Defendant processed 506 pages for this production, producing 374 pages of records, some of which contained redactions, and withholding 132 pages in full. Additionally, Defendant conducted a search for records responsive to part 6 of Plaintiff's Request with respect to five custodians. The search located no responsive records as to those custodians.

7.	Defendant continues to process a minimum of 500 pages per month and is currently preparing to make its tenth production.

8.	The Parties have continued to exchange proposals to define the scope of the Request. The Parties have agreed to some terms and continue to discuss others.

9.	The Parties intend to continue to work together with the hope that they can resolve or narrow the disputes in this case without the Court's involvement, but if they anticipate summary judgment briefing will be necessary, they will propose a briefing schedule after meeting and conferring.

10.	The Parties respectfully propose filing another joint status report in ninety days, on November 9, 2026.

Dated: August 11, 2026	Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Gunita Singh                          By: ___/s/ Benjamin W. Owen_____
Gunita Singh                                   BENJAMIN W. OWEN, Va. Bar No. 86222
D.C. Bar. No. 1601923                          Assistant United States Attorney
Adam A. Marshall                               601 D Street, NW
D.C. Bar No. 1029423                           Washington, DC 20530
Gabriel Rottman                                (202) 252-0899
D.C. Bar No. 992728
Email: gsingh@rcfp.org                         *Attorneys for the United States of America*
Email: amarshall@rcfp.org
Email: grottman@rcfp.org
Reporters Committee for Freedom
    the Press
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9308
Facsimile: 202.795.9310

*Counsel for Plaintiff*

3